# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAVELLE DENNARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-307

[July 18, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2011-CF-003049-AXXX-MB.

Lavelle Dennard, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***